Submitted on record and petitioner's brief July 10, reversed in part and remanded for reconsideration of sanction imposed August 1, 1978

ROGER ALLEN, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 03-78-103, CA 10706)

581 P2d 964

Gary D. Babcock, Public Defender, and Stephanie A. Smythe, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, and Scott McAlister, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

In this disciplinary proceeding petitioner was found to have been guilty of disruptive behavior and disobedience of an order and sanction was imposed. On appeal the respondent concedes that there was insufficient evidence to support a finding that petitioner was guilty of disruptive behavior.

Reversed in part, and remanded for reconsideration of the sanction imposed.